Maria De Jesus Cortez CANALES, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 10-72783

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2013

Submission Withdrawn June 23, 2015

Resubmitted January 6, 2017 Pasadena, California

Filed January 10, 2017

Bruce C. Wong, GW Law Group, San Francisco, CA, for Petitioner

Bryan Stuart Beier, Senior Litigation Counsel, OIL, Katharine Clark, Esquire, Trial Attorney, Kristen Giuffreda Chapman, Trial Attorney, Shelley Goad, Assistant Director, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: PREGERSON and FISHER, Circuit Judges, and GWIN,* District Judge.

* The Honorable James S. Gwin, United States District Judge for the Northern District of Ohio, sitting by designation.

## ORDER **

The parties' joint motion for voluntary dismissal (Dkt. 55), filed December 19, 2016, is GRANTED. The petition is dismissed with prejudice. Each party shall bear its own fees and costs. This order constitutes the mandate of this court, and the mandate shall issue forthwith.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.